# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY KANE CAMPBELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIRECTOR OF HEALTH CARE, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO.　1:10-cv-02137-OWW-GBC PC<br>　　　　　　 1:10-cv-02200-OWW-SMS PC<br><br>ORDER CONSOLIDATING ACTIONS AND DESIGNATING LEAD CASE AS 1:10-cv-02137-OWW-GBC PC<br><br>ORDER FOR CLERK TO CLOSE CASE 1:10-cv-02200–OWW-SMS PC |

**I.　Procedural History**

Plaintiff Wesley Kane Campbell ("Plaintiff") is a state prisoner proceeding pro se in these civil rights actions pursuant to 42 U.S.C. § 1983. On November 16, 2010, Plaintiff filed a complaint in 1:10-cv-02137-OWW-GBC. On November 29, 2010, Plaintiff filed a complaint in 1:10-cv-02200-OWW-SMS.

**II.　Complaint Allegations**

　　**A.　1:10-cv-02137-OWW-GBC**

Plaintiff brings suit against Defendants Governor Arnold Schwarzenegger, Matthew Cate, an unnamed correctional officer, Director of Health Care, and all medical staff at California State Prison Corcoran. Plaintiff alleges that the unnamed correctional officer has been giving him food trays that smell like feces. When Plaintiff receives his food tray from correctional officers the food smells like feces and the food has feces in it. He has been feeling ill. Additionally, he has chronos

in his file that have no merit and he wants them removed. Plaintiff is requesting twenty million dollars, all his health care to be paid, and a blood test.

### B.     1:10-cv-02200-OWW-SMS

Plaintiff brings suit against Defendants Director of Department of Corrections and Rehabilitation Matthew Cate, Governor Arnold Schwarzanegger, and Warden Lopez alleging that during 2009 he was receiving feces in every food tray that he received. Plaintiff has sent Defendant Schwarzenegger over thirty letters. Defendant Lopez has been sent letters stating that Plaintiff has been receiving trays containing feces. Additionally, Defendant Cate has "copied a chrono" that falsely designated Plaintiff as a sex offender. Plaintiff is seeking to have the designation removed from his record and 700 million dollars.

## III.    Consolidation of Actions

The two complaints pending before the Court involve common questions of law and fact. Fed. R. Civ. P. 42(a). They both concern the same allegations that Plaintiff is being fed food containing feces and has false information in his prisoner file. It is the Court's practice in cases such as this to combine consolidated actions into a single action with one operative pleading. See Schnabel v. Lui, 302 F.3d 1023 (9th Cir. 2002) (describing three possible consolidation procedures but declining to decide which is proper). Therefore, to avoid unnecessary costs and delay, the Court in its discretion shall order Plaintiff's actions consolidated.

Based on the foregoing, it is HEREBY ORDERED that:

1. Cases 1:10-cv-02137-OWW-GBC and 1:10-cv-02200-OWW-SMS shall be consolidated into a single case;
2. The Clerk of the Court shall docket this order in both cases; and
3. The Clerk of the Court shall close case 1:10-cv-02200-OWW-SMS.

IT IS SO ORDERED.

**Dated:   December 14, 2010**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE